UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-09159-MMM(PLAx) | Date | December 13, 2011 |
| Title | Juan Gomez vs. La Sierra Promotions, et al | | |

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

On November 3, 2011, the Clerk's Office sent a notice to counsel re copyright, patent, and trademark reporting requirements. As of today's date, the attorney has not filed the required AO-120 and/or AO-121 form(s).

The court hereby orders counsel to show cause in writing, on or before **December 23, 2011**, why this case should not be dismissed, without prejudice, for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of counsel's response. The parties may file the required form(s) as a satisfactory response to this order.