ANTHONY R. LOPEZ, A PROFESSIONAL CORPORATION
LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ CASBN 149653
9025 Wilshire Blvd, Ste 500
Beverly Hills, California 90211
(310) 276-4700
Fax (310) 861-0509
alopez@musicatty.com

Attorney for Counter-claimant ESTATE OF PAUL SERGIO GOMEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

312 North Spring Street, Los Angeles, CA  90012

| | |
|---|---|
| JUAN GOMEZ,<br><br>          Plaintiff,<br><br>     -vs.-<br><br>LA SIERRA PROMOTIONS, a California corporation, et al.,<br><br>          Defendants. | **No. CV 11-9159 MMM (PLAx)**<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |
| ESTATE OF PAULO SERGIO GOMEZ,<br><br>          Counterclaimant,<br><br>     -vs.-<br><br>JUAN GOMEZ; K-PAZ DE LA SIERRA LLC, a California Limited Liability Company, and ROES 1 through 5 inclusive,<br><br>          Counter-defendants. | |

-1-

*Gomez vs. La Sierra Promotions*          **STIPULATED JUDGMENT**

Plaintiff and counter-defendant JUAN GOMEZ, counter-defendant K-PAZ DE LA SIERRA LLC, and defendant and counter-claimant ESTATE OF PAULO SERGIO GOMEZ have stipulated to settlement of the counterclaim in this action without adjudication of any issue of fact or law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## FINDINGS

1. This Court has jurisdiction over the claims brought by counter-defendant ESTATE OF PAULO SERGIO GOMEZ under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), 15 U.S.C. § 1125(a)(1)(B) and 15 U.S.C. § 1125(c), as well as over counter-claimant's supplemental state law claims, as provided under 28 U.S.C. § 1367.  This Court has jurisdiction over the parties.

2. Venue in the Central District of California, United States District Court ("this federal district"), is proper as to the parties.

3. The counterclaim herein states claims against counter-defendants JUAN GOMEZ and K-PAZ DE LA SIERRA LLC upon which relief can be granted.

4. The parties have entered into a Stipulation for Entry of a Stipulated Judgment and Permanent Injunction (hereafter "Stipulation") freely and without coercion.

5. The parties, and each of them, have acknowledged that they have read the provisions of the Stipulation as well as this Stipulated Judgment and Permanent Injunction (hereafter "Judgment") and will abide by them.

6. The parties to the Stipulation have waived all rights to appeal or otherwise challenge or contest the validity of this Judgment.

7. The parties to the Stipulation have waived costs and attorney's fees related to this entire action, including without limitation the Stipulation, Dismissal and Stipulated Judgment and Permanent Injunction.

## ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties hereto.

2. Judgment is hereby entered in favor of counter-claimant ESTATE OF PAULO SERGIO GOMEZ against counter-defendants JUAN GOMEZ and K-PAZ DE LA SIERRA LLC, as set forth below; all remaining claims against counter-defendant JUAN GOMEZ and K-PAZ DE LA SIERRA LLC are dismissed pursuant to the court's prior dismisal.

3. Judgment of dissolution is hereby entered against K-PAZ DE LA SIERRA LLC, a California limited liability company.

4. Counter-defendant JUAN GOMEZ, his officers, agents, servants and employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise are hereby PERMANENTLY ENJOINED AND RESTRAINED using the mark K-PAZ DE LA SIERRA in connection with advertising or promoting of musical services or products within the territory of the United States.

5. The parties waive costs and attorney's related to this action.

IT IS SO ORDERED.

DATED: March 19, 2013

_____
HON. MARGARET M. MORROW
United States District Judge